**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

**-vs-** **Case No. 3:06mj226/MD**

**TYRONE N. TACKETT**

---

**O R D E R**

The above-named defendant having appeared before the court, and having been examined by the undersigned, and the court having determined from the sworn testimony of the defendant that said defendant is qualified for appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is hereby **ORDERED**:

The FEDERAL PUBLIC DEFENDER, 3 W. Garden Street, Suite 200, Pensacola, Florida 32502, telephone number (850) 432-1418, is appointed to represent this defendant and serve as counsel of record in the above-styled cause for **INITIAL PROCEEDINGS IN THIS DISTRICT**.

**DONE** and **ORDERED** this 15th day of September, 2006.

/s/ Miles Davis

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**