**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**

# MEMORANDUM

**UNITED STATES OF AMERICA**

**-vs-** **Case No. 3:06MJ226**

**TYRONE N. TACKETT**

---

DATE: September 18, 2006

**Your Case No.: F1:06CR-48-R**

TO: United States District Court
Western District of Kentucky
241 East Main Street, Suite 120
Bowling Green, KY 42101-2175

FROM: Joanne Ahr, Courtroom Deputy for
Miles Davis, United States Magistrate Judge
(850) 470-8130
United States Courthouse
One North Palafox Street
Pensacola, Florida 32502-5625

SUBJECT: Rule 5 Proceedings

The above-styled case originated in your division. Enclosed please find copies of documents regarding proceedings held in the Northern District of Florida in Pensacola, Florida wherein the following action was taken:

INITIAL APPEARANCE: SEPTEMBER 15, 2006

RELEASE/DETENTION: The Defendant was ordered detained and removed to the charging district.

SCHEDULED HEARING: Upon notice by the charging district.

CHARGING DOCUMENT: Indictment

Enclosures